SUSANNA HUGHES, an Infant, by MARY HUGHES, Her Guardian ad Litem, Respondent, v. BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. We are of opinion that the evidence is insufficient to support the finding of the jury as to the negligence of defendant. Young, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

CHARLES KOHN, Appellant, v. ELEANOR KOHN, Respondent.— Judgment dismissing complaint unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID BERMAN, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFONSES C. JACOBSON, Appellant, v. JOSEPH A. WARREN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SUTPHIN PARK REALTY CORPORATION, Appellant, v. BENJAMIN F. KNOWLES and THEODORE J. VAN HOREN, Respondents.— Order granting motion to direct plaintiff to reply reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that a reply is not necessary. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.